RONALD D. TYM, (CASBN 195339)
THE TYM FIRM
30526 Rainbow View Dr.
Agoura Hills, CA 91301
Tel (818) 836-1428
Fax (818) 337-2026
RTym@Tymfirm.com

REBECCA MOCCIARO (CASBN 89777)
LAW OFFICE OF REBECCA MOCCIARO
2461 Santa Monica Boulevard, #835
Santa Monica, California  90404
Tel: (310) 686-3263
rebeccamocciaro@gmail.com

Attorneys for Plaintiff Med-Legal Associates, Inc., as
Plan Administrator of the MLA Defined Benefit Pension Plan

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Med-Legal Associates, Inc., as Plan Administrator of the MLA Defined Benefit Pension Plan and the MLA Money Purchase Pension Plan<br><br>Plaintiff,<br><br>vs.<br><br>Bruce E. Fishman, M.D., FICS, Inc., a California medical professional corporation; and Bruce E. Fishman, M.D., an individual<br><br>Defendants. | Case No.  2:19-cv-9042<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

Plaintiff Med-Legal Associates, Inc., as Plan Administrator of the MLA Defined Benefit Pension Plan and the MLA Money Purchase Pension Plan ("Plaintiff") states and alleges as follows.

## NATURE OF THE ACTION

1.    Plaintiff seeks a declaration that the MLA Defined Benefit Pension Plan (the "MLA DB Plan") and the MLA Money Purchase Pension Plan (the "MLA Money Purchase Plan") (collectively, the "Plans") are each a "qualified plan" under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001 et seq. ("ERISA") and are protected from creditors of Med-Legal Associates, Inc., the Plans' sponsor.

## JURISDICTION AND VENUE

2.    This Court has subject matter over this action (a) pursuant to 28 U.S.C. §1331 because this case raises questions arising under federal law; and (b) pursuant to 29 U.S.C. §1132(a)(3) because Plaintiff is a fiduciary with respect to the Plans and seeks (i) to enjoin acts which violate the provisions of ERISA and the terms of the Plans and (ii) to obtain other equitable relief to redress such violations and enforce the provisions of ERISA and the terms of the Plans.

3.    This Court has personal jurisdiction over Defendant Bruce E. Fishman, M.D., FICS, Inc., a California medical professional corporation, because its principal place of business is within this District.

4.    This Court has personal jurisdiction over Bruce E. Fishman, M.D., an individual, because he resides within this District.

5.    Venue is proper in this Court pursuant to 28 U.S.C. §1391 because the events giving rise to these claims occurred in this District and Defendants reside in this District.

## PARTIES

6. Plaintiff Med-Legal Associates, Inc., is a corporation which at all times has been organized under the laws of the state of California and has maintained its principal place of business in the State of California, County of Los Angeles. Plaintiff is the plan administrator for the MLA DB Plan and the MLA Money Purchase Plan.

7. Defendant Bruce E. Fishman, M.D., FICS, Inc., is a medical professional corporation formed under the laws of the State of California with its principal place of business in the State of California, County of Los Angeles.

8. Defendant Bruce E. Fishman, M.D., is an individual residing in the State of California, County of Los Angeles.

9. Defendants are judgment creditors of Med-Legal Associates, Inc., the sponsor and Administrator of the Plans, pursuant to a judgment issued by the Superior Court of the State of California for the County of Los Angeles on October 20, 2017, as amended on November 30, 2017.

## GENERAL ALLEGATIONS

10. The MLA DB Plan was established effective January 1, 2013 and was designed to receive contributions from Med-Legal Associates, Inc. on behalf of its eligible employees.

11. Each year's contributions to the MLA DB Plan were calculated by an enrolled actuary according to standards and procedures of the Internal Revenue Code ("IRC") and were as follows:

(a) For contribution year 2013, Med-Legal Associates, Inc. contributed $300,000 on September 16, 2013.

(b) For contribution year 2014, Med-Legal Associates, Inc. contributed $269,700 on July 9, 2015

(3) For contribution year 2015, Med-Legal Associates, Inc. contributed $40,000 on September 14, 2016 and $185,000 on September 15, 2016.

12.     The MLA DB Plan includes in Section B of Article XVIII of the Plan an anti-alienation provision that states: "A Participant's or Beneficiary's interest shall not be subject in any manner to transfer by operation of law, and shall be exempt from the claims of creditors or other claimants (including but not limited to, debts, contracts, liabilities or torts) from all orders, decrees, levies, garnishments and/or executions and other legal or equitable process or proceedings against such Participant or Beneficiary to the full extent permitted by law."

13.     The MLA DB Plan provides for payment of retirement benefits to participating employees and contains provisions allowing employees to become eligible to participate in the Plan after they have been employed a certain period of time, and guaranteeing benefits to employees upon their retirement, termination of the Plan or employment, or other events.

14.     The MLA DB Plan covers employees other than the owner of Med-Legal Associates, Inc. and spouse of the owner.

15.     Effective December 31, 2016, the MLA DB Plan was terminated and all amounts were directly transferred to the MLA Money Purchase Plan, which Plan was effective January 1, 2017.

16.     No further contributions have been made to the MLA Money Purchase Plan or the MLA DB Plan.

17.     The MLA Money Purchase Plan includes in Section 14.01 an anti-alienation provision that states: "Except as provided in Section 14.01(b), the Trust Fund shall not be subject to any form of attachment, garnishment, sequestration or other actions of collection afforded creditors of the Company, Participants or Beneficiaries under the Plan and all payments, benefits and rights shall be free from attachment, garnishment, trustee's process, or any other legal or equitable process available to any creditor of such Company, Participant or Beneficiary."

18.     The MLA Money Purchase Plan covers employees and former employees other than the owner or the owner's spouse.

19.     The Defendants, as judgment creditors of Med-Legal Associates, Inc., are attempting to levy/garnish amounts in the MLA DB Plan and MLA Money Purchase Plan to apply towards the judgment such Defendants have against Med-Legal Associates, Inc. only.

## CLAIM FOR RELIEF

### Declaratory Relief Against All Defendants

20.     Plaintiff refers to and incorporates Paragraphs 1 through 19 inclusive, as though fully set forth herein.

21.     Amounts on deposit in the MLA DB Plan and MLA Money Purchase Plan are protected from creditors of Med-Legal Associates, Inc., including Defendants, pursuant to the terms of the Plans and the protections afforded by ERISA.

22.     Plaintiff desires a judicial determination of its rights and duties as trustee/administrator/fiduciary to the Plans and a declaration that amounts on deposit in the MLA DB Plan and MLA Money Purchase Plan are protected from levy/garnishment by Defendants.

23.     A judicial declaration and concurrent injunctive relief are necessary and appropriate at this time because Defendants are attempting to levy/garnish amounts in the MLA DB Plan and MLA Money Purchase Plan.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1.    Declare that amounts on deposit in the MLA DB Plan and MLA Money Purchase Plan are protected from any levy, garnishment, and/or any other collection effort by Defendants.

2.    Enjoin each and all Defendants from any attempt to levy, garnish, and/or pursue any other collection effort against amounts on deposit in, or held in the name and interest of, the MLA DB Plan or MLA Money Purchase Plan; and

3. Grant Plaintiff such additional or different relief as the Court deems just and proper.

Dated: October 21, 2019          THE TYM FIRM

By /s/ *Ronald D. Tym*
   Ronald D. Tym, Esq.
   Attorneys for Plaintiff