JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MED-LEGAL ASSOCIATES, INC., as Plan Administrator of the MLA Defined Benefit Pension Plan and the MLA Money Purchase Pension Plan,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE E. FISHMAN, M.D., FICS, INC., a California medical professional corporation; and BRUCE E. FISHMAN, M.D., an individual,<br><br>Defendants. | No. 2:19-cv-09042-MWF (JCx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

On July 9, 2025, the Court issued the Order in Favor of *Res Judicata* Re: Order to Show Cause (Docket No. 131), finding that Plaintiff was entitled to judgment in its favor in this action because summary adjudication was granted in its favor in the related state court action.

Good cause having been shown and pursuant to Rules 54, 57, and 65 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Plaintiff Med-Legal Associates, Inc., and against Defendants Bruce E. Fishman, M.D., FICS, Inc., and Bruce E. Fishman, M.D.

2. Pursuant to Rule 57 of the Federal Rules of Civil Procedure, Plaintiff Med-Legal Associates, Inc. is entitled to the following Declaratory Judgment: The amounts on deposit in the MLA Defined Benefit Pension Plan and MLA Money Purchase Pension Plan are protected from any levy, garnishment, and/or any other collection effort by Defendants Bruce E. Fishman, M.D., FICS, Inc., and Bruce E. Fishman, M.D.

3. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants Bruce E. Fishman, M.D., FICS, Inc. and Bruce E. Fishman, M.D. and their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them who receive actual notice of this Permanent Injunction through personal service or otherwise, are **ORDERED** to cease the following activities: Levying, garnishing, and/or pursuing any other collection effort against amounts on deposit in, or held in the name and interest of, the MLA DB Plan or MLA Money Purchase Plan, or attempting to do so.

///

///

///

4. Plaintiff Med-Legal Associates, Inc. shall recover its costs as provided by law.

DATED: July 9, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge